ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Garcia Romero, | No. CV-25-04475-PHX-SMB (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| David Rivas, et al., | |
| Respondents. | |

Petitioner Jose Garcia Romero has filed, through counsel, a Petition for Writ of Habeas Corpus Under § 2241 and a Motion for Temporary Restraining Order. (Docs. 1, 2). The Court will require Respondents to answer the Petition and respond to the Motion.

In his Petition, Petitioner names as Respondents: San Luis Regional Detention Center Warden David Rivas; Immigration and Removal Operations San Diego Field Office Director Patrick Divver; United States Immigration and Customs Enforcement (ICE), and Department of Homeland Security (DHS); DHS Secretary Kristi Noem; United States Attorney General Pamela Bondi; and ICE Director Todd Lyons.

Petitioner is a citizen of Mexico who entered the United States in 2002 and has resided in the United States since that time. On or about July 11, 2025, Petitioner was taken into ICE custody and classified by ICE as an "applicant for admission" subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2). Petitioner asserts that she is not an "applicant for admission," and that her detention is instead governed by 8 U.S.C. § 1226(a), which authorizes release on bond or conditional parole. Petitioner further asserts

that he is a class member in *Maldonado Bautista v. Santacruz*, 5:25-CV-01873-SSS-BFM (C.D. Cal) and entitled to relief pursuant to the declaratory judgment order in that case. However, because Respondents have refused to grant him a bond redetermination hearing pursuant to § 1226(a), Petitioner asserts that his continued detention is in violation of the Fifth Amendment.

The Court will require Respondents to answer the Petition and respond to the Motion for Temporary Restraining Order and Preliminary Injunction. (Docs. 1 and 2). The Court will not grant the Motion on an *ex parte* basis, but will set an expedited briefing schedule on the Motion.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition and Motion for Temporary Restraining Order and Preliminary Injunction (Docs. 1 and 2) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Respondents must respond to the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) **no later than 5:00 p.m. Friday, December 19, 2025**. Petitioner may file a reply **no later than 5:00 p.m. Friday, December 26, 2025**.

(5) Respondents must answer the petition within **twenty (20) days** of the date of service.

. . . .

. . . .

. . . .

(6)  Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 12th day of December, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge